

INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND

Office of
Gary J. Meyers
Fund Administrator

202·783·4884
Fax 202·393·6475

**ONE VOICE**

Representing
Protective and Decorative
Coatings Applicators ·
Wallcoverers · Drywall Finishers
· Painters · Decorators · Scenic
Artists · Designers · Civil Service
Workers · Shipyard Workers ·
Maintenance Workers · Building
Cleaners · Metal Polishers
Metalizers · Public Employees ·
Clerical Workers · Professional
Employees · Security Guards
· Safety Engineers · Bridge
Painters · Riggers · Tank Painters,
Marine Painters · Containment
Workers · Waterblasters ·
Vacuum Cleaners · Sign
Painters · Sign and Display
Workers · Bill Posters · Convention
and Show Decorators and
Builders · Paint Makers ·
Glaziers · Architectural Metal
and Glass Workers · Sandblasters
· Lead Abatement Workers ·
Floorlaying and Decorative
Coverings Workers · Journeyman
and Apprentice Commercial,
Industrial, Highway, Residential
Construction Workers

**ONE AGENDA**

United Unions
Building
1750 New York
Avenue, N.W.,
Suite 501
Washington, DC
20006-5301

Organizing Since 1887

March 30, 2005

Ms. Tammy Beckham                                        Code: C-5341
C & I Coatings Inc.                                      LU #: 47/669/1118
230 S Fenton Avenue
Indianapolis, IN 46219

Dear Ms. Beckham:

Your company, C & I Coatings Inc. (hereinafter "the Company"), is delinquent in contributions to the International Painters and Allied Trades Industry Pension Fund (hereinafter "the Fund") in principal of $23,308.78 for the audit deficiency, $1,201.49 in interest assessed through February 15, 2005 and $2,058.60 for audit costs for the period of January 2003 through March 2004, for a total of $26,568.87.

Solely in consideration of the fact that if the Company is required to pay the full delinquency immediately it would endanger the financial stability of the Company, and hence the livelihood and pension credits and benefits of the participating employees, the Trustees of the Fund have agreed to permit you to follow the time payment plan outlined in this Promissory Note.

1. The total principal amount as set forth above, and interest accruing, amortized at five (5%) percent per annum, must be paid in full no later than March 15, 2006.

2. The principal and interest shall be paid at the rate of $2,274.49 **(to be overnighted)** per month, for 12 months, payable with each current remittance report submitted hereafter, or in any month in which a remittance report is not submitted, by the 15th of that month, until the entire debt has been paid.

3. The attached worksheet, marked Exhibit A, and incorporated herein by reference as though fully written herein, sets forth the total principal debt including interest, the required monthly payments, and their respective due dates. The Company agrees that Exhibit A represents the correct amounts owed this Fund.

4. The Company agrees that current remittance reports for all Union jurisdictions will be filed and contributions paid in the manner and within the time required by the Trustees of this Fund. If any further delinquency occurs from this date forward, either as to the debt previously incurred, or as to current payments, such delinquency will be deemed a breach of this agreement and the entire debt, including any amounts conditionally waived, will be due immediately. In that event, appropriate action may be immediately undertaken by the Trustees of the Fund or the Local Union or District Council involved, in accordance with the terms of the applicable Collective Bargaining Agreement and with the Agreement and Declaration of Trust.

EXHIBIT

C & I Coatings Inc.
March 30, 2005
Page Two

### Promissory Note

4. For this agreement to take effect and if the Company agrees to these terms, <u>an authorized representative of the Company</u> **must sign the agreement in the presence of a notary and return the original agreement by,** April 15, 2005, **along with one of the following:** (1) a bond in the amount of the note, with the Pension Fund as the sole payee, (2) Assignment of Claims on a current job project, and proof of the assignment, (3) a **signed** personal guarantee, or (4) an irrevocable letter of credit from your bank.

5. The first installment of $2,274.49 must reach the Fund Office no later than, April 15, 2005 along with the current reports and contributions as defined on "Exhibit A."

6. Although the Fund Administrator, Gary J. Meyers, has signed this Promissory Note, the Company understands the terms of the Note are ineffective unless each item referenced in paragraph five is provided to the Fund Office.

Sincerely,

*[signature: Gary J. Meyers]*

Fund Administrator

The undersigned warrants and represents that he or she is a duly authorized representative of the Company, with full authority to bind the Company to this agreement. The undersigned and the Company agree that the foregoing constitutes a binding agreement between the Fund and the Company.

Signature: *[signature]*
Authorized Representative

Printed Name of Authorized Representative: Tammy M Beckham

Title: President

S.S.#: 314-865510

Company Name: C+I Coatings, INC.

Sworn and subscribed to before me on this 7th April day of, 2005.

*[signature]*
NOTARY PUBLIC

My commission expires    Julie A. Gerard, Notary Public
State Of Indiana, County Of Marion
My Commission Expires Nov. 16, 200_