C & I Coatings Inc.
March 30, 2005
Page Three

RECEIVED
APR 13 2005
COMB COLLECTIONS

## PERSONAL GUARANTEE
### Promissory Note

I, _Tammy Beckham_, have read and understand the foregoing agreement. In consideration of the consent by the Fund to the agreement, I personally guarantee the payments that the Company has agreed to make, and agree as follows:

1. If the Company fails to comply with the agreement at any time, I will pay all contributions, delinquencies, and amounts specified in the agreement, that the Company owes to the Fund, within ten (10) days after receipt of a written demand for payment by the Fund. Delivery by first class mail to the following address shall be conclusive proof, though not the only means of proving my receipt of a written demand:

The address to which notice should be sent:

_230 S. Fenton Ave_
_INDPLS IN 46219_

2. The Fund may demand payment from me at any time after a failure of compliance by the Company with this agreement, and I waive any defense of un-timeliness or dilatoriness against a demand for payment by the Fund.

3. If I fail to pay on the terms set out here, I shall be liable under the same terms, and to the same extent, as the Company and my liability shall include the contractual and statutory liabilities of the Company.

Signature: _[signed]_
Printed Name of Personal Guarantor: _Tammy M Beckham_
Home Address of Personal Guarantor: _230 S. Fenton Ave._
_INDPLS IN 46219_

Home Telephone Number of Personal Guarantor: _317-890-8879_
Cell Phone Number of Personal Guarantor: _317-914-7178_
Relationship of Personal Guarantor to the Company: _President_
Social Security Number of Personal Guarantor: _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_

Sworn and subscribed to before me on this _7th_ day of _April_, 200_5_.

_Julie A. Gerard_
NOTARY PUBLIC

My commission expires _____
Julie A. Gerard, Notary Public
State Of Indiana, County Of Marion
My Commission Expires Nov. 16, 20


EXHIBIT

C & I Coatings Inc.
March 30, 2005
Page Four

# EXHIBIT A
## PROMISSORY NOTE

*NOTE:*    *All installment payments and remittance reports and contributions under this Promissory Note Agreement must be* **overnighted** *directly to:*

>     IUPAT INDUSTRY PENSION FUND
>     1750 NEW YORK AVENUE, N.W., SUITE 501
>     WASHINGTON, DC  20006-5301

| Payment # | Amount Due | Current Reports, with Contributions Due | Date Due |
|---|---|---|---|
| 1.  | $2,274.49 | | April 15, 2005 |
| 2.  | $2,274.49 | | May 15, 2005 |
| 3.  | $2,274.49 | | June 15, 2005 |
| 4.  | $2,274.49 | | July 15, 2005 |
| 5.  | $2,274.49 | | August 15, 2005 |
| 6.  | $2,274.49 | | September 15, 2005 |
| 7.  | $2,274.49 | | October 15, 2005 |
| 8.  | $2,274.49 | | November 15, 2005 |
| 9.  | $2,274.49 | | December 15, 2005 |
| 10. | $2,274.49 | | January 15, 2006 |
| 11. | $2,274.49 | | February 15, 2006 |
| 12. | $2,274.49 | | March 15, 2006 |