**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND | )<br>)<br>) | |
| Plaintiff, | )<br>) | CIVIL ACTION NO.<br>06cv01354(CKK) |
| | )<br>) | |
| v. | )<br>) | |
| C & I COATINGS, INC.<br>    d/b/a Beckham Painting, Inc., *et al.* | )<br>)<br>) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**
**OF THE FEDERAL RULES OF CIVIL PROCEDURE**

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/     Kent G. Cprek_____
KENT G. CPREK
Bar No. 478231
SANFORD G. ROSENTHAL
Bar No. 478737
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615
Attorneys for the Fund

Date: August 21, 2006

171275-1

**CERTIFICATE OF SERVICE**

I, Kent G. Ceprek, Esquire, state under penalty of perjury that I caused a copy of the foregoing Notice Of Dismissal Pursuant to F.R.C.P. 41(a)(1) to be served via first class mail, postage prepaid on the date and to the addressed below:

C & I Coatings, Inc.
d/b/a Beckham Painting, Inc.
230 South Fenton Avenue
Indianapolis, IN  46219

Tammy M. Beckham, individually and
d/b/a C & I Coatings, Inc. and
d/b/a Beckham Painting, Inc.
230 South Fenton Ave.
Indianapolis, IN  46219

Beckham Painting, Inc.
d/b/a C & I Coatings, Inc.
230 South Fenton Avenue
Indianapolis, IN  46219

Date: August 21, 2006                         /s/     Kent G. Cprek
                                              KENT G. CPREK, ESQUIRE

171275-1