# UNITED STATES DISTRICT COURT
## District of Columbia

```
INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND
```

SUMMONS IN A CIVIL CASE

V.

```
C & I COATINGS, INC.
   d/b/a Beckham Painting, Inc.
BECKHAM PAINTING, INC.
   d/b/a C & I Coatings, Inc. and
TAMMY M BECKHAM, individually and
   d/b/a C & I Coatings, Inc. and
   d/b/a Beckham Painting, Inc.
```

CASE NUMBER   1:06CV01354

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 7/31/2006

TO: (Name and address of Defendant)
```
C & I COATINGS, INC.
   d/b/a Beckham Painting, Inc.
230 South Fenton Avenue
Indianapolis, IN  46219
```

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

```
SHELLEY R. GOLDNER, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106
```

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     JUL 3 1 2006
_____        _____
CLERK                                          DATE

_Maureen Higgins_
_____
(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of District of Columbia

Case Number: 1:06CV01354

Plaintiff:
**International Patinters and Allied Trades Industry Pension Fund**

vs.

Defendant:
**C & I Coatings, Inc. d/b/a Behkham Painting, Inc., Beckham Painting, Inc., d/b/a C & I Coatings, Inc., and Tammy M. Beckham, individually and d/b/a C & I Coatings, Inc. and d/b/a Beckham Painting, Inc.**

For:
Shawn Schaffer
Legal Errands, Inc.
1313 Race St.
Philadelphia, PA 19107

Received by Legal Errands, Inc. on the 11th day of August, 2006 at 10:42 am to be served on **C & I COATINGS, INC. d/b/a Beckham Painting, Inc., 230 S. Fenton Avenue, Indianapolis, Indiana 46219**.

I, Pamela J. Conley, being duly sworn, depose and say that on the **14th day of August, 2006** at **10:43 am**, I:

SERVED the within named **CORPORATION** by delivering a true copy of the **Summons and Complaint** to Tammy M. Beckham as Owner of the within named corporation, at the aforementioned address.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: Cauc, Height: 5'4", Weight: 150, Hair: Blond, Glasses: N

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Pamela J. Conley
Process Server

Subscribed and Sworn to before me on the 14th day of August, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC

NANCY BOTBYL
Notary Public- Seal
State of Indiana
My Commission Expires Jul 18, 2009

Legal Errands, Inc.
1313 Race St.
Philadelphia, PA 19107
(866) 877-3783

Our Job Serial Number: 2006005375
Ref: IP&ATI Pension Fund v. Beckham, et al

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5q